No. 03–5727. RICE *v.* O'NEILL, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–5730. SHARK *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 03–5731. FERGUSON *v.* PALMATEER, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 03–5733. HILL *v.* DOC'S TRANSFER & WAREHOUSE, INC. C. A. 11th Cir. Certiorari denied.

No. 03–5735. FLORES-CARMONA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5737. HENSLEY *v.* KINGSTON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 03–5738. HARDY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5739. FREEMAN *v.* MATHES, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 03–5740. FALLIN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–5741. HALL *v.* HEAD, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 03–5742. GARCIA-SALAZAR *v.* UNITED STATES; GARCIA HERNANDEZ *v.* UNITED STATES; HERNANDEZ-ENRIQUEZ, AKA GUZMAN-BUSTAMANTE *v.* UNITED STATES; ROBLEDO-ARECHAR *v.* UNITED STATES; VALENZUELA-DE LA CRUZ, AKA QUINTANA-DE LA CRUZ, AKA QUINTANA-VALENZUELA *v.* UNITED STATES; HERNANDEZ-ALVAREZ, AKA TORRES-SANCHEZ *v.* UNITED STATES; MARTINEZ-GARZA, AKA MARTINEZ-MARTINEZ *v.* UNITED STATES; TISCARENO-REYES, AKA SANCHEZ-REYES *v.* UNITED STATES; and REYNA-ROMO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 67 Fed. Appx. 244 (first through eighth judgments) and 247 (ninth judgment).

No. 03–5745. ALAPIZCO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.